IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANDRE CHINEME (ANDRE OF THE CHINEME FAMILY), §<br>Plaintiff, §<br>§<br>v. §<br>§<br>MEGAN SUAREZ MAHAN, §<br>Defendant. § | No. 3:21-cv-1812-N (BT) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated September 10, 2021, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 8th day of October, 2021.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE